IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $28,511.00 FROM SUNTRUST BANK ACCOUNT #xxxxx6305, IN THE NAME OF PAUL JUSTIN MATHEWS AND GERRY DIANE MATHEWS. | ) ) ) ) ) ) |

AFFIDAVIT IN SUPPORT OF A SEIZURE WARRANT

DEBRA L. LaPREVOTTE, being duly sworn, deposes and states as follows:

**INTRODUCTION**

1. I am a Special Agent employed by the Federal Bureau of Investigation ("FBI"). I have been so employed for nine (9) years. Currently, I am assigned to the Asset Forfeiture/ Money Laundering Squad in the FBI's Washington D.C. Field Division (Northern Virginia Resident Agency). My investigative assignments include money laundering as it relates to the proceeds of bank fraud, wire fraud and mail fraud schemes, as well as, a variety of white collar and narcotic related investigations. I have received extensive training in Advanced Money Laundering Techniques and Complex Financial Manipulation.

2. I am currently assisting Special Agent ("SA") Regan G. Plath, Federal Bureau of Investigation ("FBI"), Washington Field Office, Washington, D.C. SA Plath has been an Agent of the FBI since February 2004 and is assigned to work financial crimes.

3. This affidavit is in support of a seizure warrant for the following item:

$28,511.00 in funds located in SunTrust Bank account #xxxxx6305, in the name of Paul Justin Mathews and Gerry Diane Mathews.

## BACKGROUND

4. On or about June 30, 2005, an individual with the Washington D.C. office of law firm of Fried, Frank Harris, Shiver & Jacobson LLP ("the firm") contacted the FBI and provided information to indicate that Gerry Diane Mathews, a bookkeeper for the firm, had embezzled funds from the firm. The firm became aware of this loss when the firm received a notice that withholding taxes had not been paid. While attempting to reconcile this situation, another bookkeeper at the firm noticed discrepancies in the bank records of the firm. The firm hired a professional auditing firm, Protiviti, to audit the firm's books. From this audit, records were obtained that indicated that over the past 10 years, Gerry Mathews had altered checks, or manipulated the check book, to divert funds from the law firm, or to divert funds due to the law firm or its partners, into accounts she and/or her husband controlled. The firm currently calculates the loss at approximately $459,000.

### Funds Diverted to SunTrust Bank Account #xxxxx6305

5. On October 18, 2005, SA Plath interviewed Arthur Lazarus, Jr. Mr. Lazarus is a former partner of the law firm, and he still maintains a professional relationship with the firm. Mr. Lazarus reported that on or about October 6, 2004, he obtained a check in the amount of $28,511.00, drawn on an account held at SunTrust Bank, and made payable to Arthur Lazarus, Jr. P.C. (his professional corporation). This check was payment for legal services that Mr. Lazarus provided to the check's drafter. As per his agreement with the law firm, Lazarus provided the check to Gerry Mathews, in Washington, D.C., to be deposited into his professional corporation account at the law firm. Lazarus confirmed to SA Plath that these funds were supposed to be deposited into his professional corporation account as payment for services rendered on behalf of

the firm. According to Mr. Lazarus, Gerry Mathews was not authorized to do anything else with this check or these funds.

6. Investigation reveals that Gerry Matthews did not deposit this check into Mr. Lazarus's firm account. Instead, this check was fraudulently endorsed "for deposit only #xxxxx6305" and, on November 29, 2004, it was deposited into SunTust Bank account #xxxxx6305, held jointly by Gerry Mathews and her spouse. Based on information obtained from SunTrust Bank, as a result of the fraudulent endorsement and deposit of the check at issue, the check drafter's SunTrust Account was debited $28,511.00, and the Matthews' joint account, #xxxxx6305, was credited with a corresponding amount, on or about November 29, 2005. (Two checks comprised the total deposit amount made to the Matthews' joint account, #xxxxx6305 on November 29, 2004: one for $28,511.00 and another for $249.76. Thus, there is probable cause to believe that the $28,511.00 check deposited into this account on that date represents the misappropriated check funds.)

7. As a result to the above-described false representation and fraudulent endorsement of the check at issue, and its improper deposit into SunTrust Account #xxxxx6305, SunTrust account #xxxxx6305 did falsely obtain funds owned by or under the custody and control of SunTrust Bank (a federally insured financial institution), and in fact due to another account, in violation of Title 18, United States Code, Section 1344 (Bank Fraud).

8. Under Title 18, United States Code, § 984, it is not necessary for the Government to identify the specific property involved in the offense that is the basis for forfeiture, and it shall not be a defense that the property involved in such an offense may have been removed and replaced by identical property, provided that forfeiture proceedings are commenced within one

year from the date of the offense. In this case, as indicated above, the bank fraud occurred on or about November 29, 2004, or less than one year ago.

## CONCLUSION

Based on the information contained in this affidavit, there is probable cause to believe that the $28,511.00 in funds currently on deposit in SunTrust Bank account #xxxxx6305, in the name of Paul Justin Mathews and Gerry Diane Mathews, are the proceeds of Gerry Mathews' scheme to defraud SunTrust Bank in violation of Title 18, U.S.C. § 1344 (Bank Fraud), and that these funds are therefore subject to seizure and forfeiture pursuant to Title 18, U.S.C. § 981(b)(1) and 981(a)(1)(C).

Wherefore it is requested that seizure warrants be issued for the following: $28,511.00 in funds located in SunTrust Bank account #xxxxx6305, in the name of Paul Justin Mathews and Gerry Diane Mathews

_____
Debra L. LaPrevotte, Special Agent
Federal Bureau of Investigation
United States Department of Justice

SWORN TO AND SUBSCRIBED before me this _____ day of October, 2005

_____
United States Magistrate Judge
for the District of Columbia